# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GUSTAVO LA ROSA,**

   *Plaintiff*,

v.                                Case No.: 4:24cv345-MW/MJF

**FLORIDA DEPARTMENT OF CORRECTIONS,**

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. The Magistrate Judge recommends dismissal for failure to prosecute and failure to comply with Court Orders. This Court has independently verified that the Magistrate Judge's prior orders have not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute and failure to comply with

Court Orders." Defendant's motion to dismiss, ECF No. 6, is **DENIED as moot**. The Clerk shall close the file.

    **SO ORDERED on November 18, 2024.**

                                        <u>s/Mark E. Walker</u>
                                        **Chief United States District Judge**